STATE OF CONNECTICUT *v.* EDWARD GRAYSON, JR.
(11982)

PETERS, C. J., HEALEY, PARSKEY, SHEA and DANNEHY, Js.

Argued December 4, 1984—decision released January 22, 1985

*Sue L. Wise,* with whom, on the brief, were *Joseph Bruckmann* and *Elizabeth Inkster,* for the appellant (defendant).

*David S. Shepack,* deputy assistant state's attorney, with whom, on the brief were *John Waddock* and *Carl Schuman,* assistant state's attorneys, for the appellee (state).

PER CURIAM. This case involves an appeal from a denial, allegedly without a hearing, of a motion for accelerated rehabilitation. Since the nonappealability of this ruling is governed by our decisions in *State* v. *Parker,* 194 Conn. 650, 485 A.2d 139 (1984), and *State* v. *Spendolini,* 189 Conn. 92, 454 A.2d 720 (1983), no further explication is necessary.

Appeal dismissed.

In this opinion PETERS, C. J., PARSKEY, SHEA and DANNEHY, Js., concurred.

ARTHUR H. HEALEY, J., dissenting. Because I adhere to the analysis articulated by the dissent in *State* v. *Spendolini,* 189 Conn. 92, 100–101, 456 A.2d 720 (1983) (appeal from denial of defendant's motion *to enter* accelerated rehabilitation program), I dissent.